# EXHIBIT 2

**Exhibit 2**

| U.S. Patent No. 8,799,083 | Chick-fil-A® mobile application |
|---|---|
| 1. A method, comprising: | "Now, you can **download the Chick-fil-A One App** and take your drive-thru experience to a whole new level. Beginning mid-June, guests all across the country will have the ability to order their meals through the app and pick them up at the drive-thru instead of going into the restaurant. All it takes is four simple steps: 1. Open up the Chick-fil-A One App. 2. Choose 'Drive-thru' as your pick-up option. 3. Customize and place your order. 4. Pick up your order in the Drive-thru!" |

1

| | |
|---|---|
| | https://www.chick-fil-a.com/stories/inside-chick-fil-as-mobile-app-in-the-drive-thru<br><br>*See also*, *e.g.*, https://youtu.be/bKGw8HsNwL8 |
| receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | "Choose your desired location, click 'mobile order' and select 'drive-thru' to place your order for pick-up through the drive-thru."<br><br>https://www.chick-fil-a.com/customer-support/ordering-and-payment/digital-ordering-and-payment/how-do-i-place-an-order-on-the-chick-fil-a-app-to-pick-up-in-the-drive-thru<br><br>(a) selecting a specific restaurant:<br><br><br><br>(b) browsing the menu and adding items to the order: |



3

| | |
|---|---|
| uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | |

| | |
|---|---|
| performing a self-checkout by a at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system,<br><br>wherein the payment is submitted without interaction with staff associated with the restaurant. | "You are responsible for payment of your order by means of a payment option made available through the CFA Online Services at the time of ordering. Before you submit an order, you must provide a valid form of accepted payment to use with your order. Chick-fil-A will charge, and you authorize Chick-fil-A to charge, the payment method you specify either at the time you check-in at the Chick-fil-A restaurant (which in some circumstances, may occur automatically when you arrive at the restaurant) or at the time you place your order (for online catering orders)."<br><br>https://www.chick-fil-a.com/legal#onlineordering<br><br> |