# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC<br><br>v.<br><br>CHICK-FIL-A, INC. | CASE NO. 2:24-cv-00185-JRG-RSP<br>(Lead Case) |

## NOTICE OF APPEARANCE

Notice is given that the undersigned, Randall T. Garteiser, hereby enters an appearance as lead counsel for Plaintiff Analytical Technologies, LLC in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on him through the Court's CM/ECF system.

Dated:  April 24, 2024                                     Respectfully Submitted

                                                                  */s/* Randall Garteiser
                                                                  Randall Garteiser
                                                                     Texas Bar No. 24038912
                                                                     rgarteiser@ghiplaw.com

                                                                 **GARTEISER HONEA, PLLC**
                                                                 119 W. Ferguson Street
                                                                 Tyler, Texas 75702
                                                                 Telephone: (903) 705-7420
                                                                 Facsimile: (903) 405-3999

                                                                 **ATTORNEY FOR PLAINTIFF**

1