UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-00185-JRG-RSP

Name of party requesting extension: Chick-Fil-A, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 5/10/2024

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 07/01/2024  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Robert L. Lee
State Bar No.: GA 443978
Firm Name: Alston & Bird LLP
Address: 1201 West Peachtree Street
   Atlanta, Georgia 30309

Phone: 404 881 7635
Fax: 404 881 7777
Email: bob.lee@alston.com

A certificate of conference does not need to be filed with this unopposed application.