**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHICK-FIL-A, INC., <br><br> Defendant. | Civil Action No. 2:24-CV-00185-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Shaleen Patel of the law firm Alston & Bird LLP enters his appearance as counsel for Defendant Chick-fil-A, Inc. ("Defendant") in the above-captioned case. Shaleen Patel is admitted to practice in this Court, and Defendant respectfully requests that the Court take note of this Notice of Appearance and make Shaleen Patel as one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Shaleen Patel at the address set forth below.

DATED: July 1, 2024

/s/ Shaleen Patel
Shaleen Patel (GA Bar No. 295,554)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: 404-881-7956
Facsimile: 404-881-7777
Email: Shaleen.Patel@alston.com
**Counsel for Defendant Chick-fil-A, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 1, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Shaleen Patel*
Shaleen Patel