IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHICK-FIL-A, INC.,<br><br>　　　　Defendant. | Civil Action No. 2:24-CV-00185-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that Carter Babaz of the law firm Alston & Bird LLP enters her appearance as counsel for Defendant Chick-fil-A, Inc. ("Defendant") in the above-captioned case. Carter Babaz is admitted to practice in this Court, and Defendant respectfully requests that the Court take note of this Notice of Appearance and make Carter Babaz as one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-captioned case that are not filed via ECF should be emailed or faxed to Carter Babaz at the address set forth below.

DATED: July 1, 2024

　　　　　　　　　　　　　　　　　　　*/s/ Carter Babaz*
　　　　　　　　　　　　　　　　　　　Carter Babaz (GA Bar No. 577,033)
　　　　　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　　　　　1201 West Peachtree Street, Suite 4900
　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　Telephone: 404-881-7877
　　　　　　　　　　　　　　　　　　　Facsimile: 404-881-7777
　　　　　　　　　　　　　　　　　　　Email: Carter.Babaz@alston.com
　　　　　　　　　　　　　　　　　　　**Counsel for Defendant Chick-fil-A, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 1, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Carter Babaz*
Carter Babaz
