IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHICK-FIL-A, INC.,<br><br>Defendant. | Civil Action No. 2:24-CV-00185-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CHICK-FIL-A, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Chick-fil-A, Inc. ("Chick-fil-A") makes the following disclosures:

1. Chick-fil-A is a corporation organized under the laws of the State of Georgia. Chick-fil-A is not publicly traded, and no publicly held corporation owns ten percent (10%) or more of Chick-fil-A's stock.

Dated: July 16, 2024

Respectfully submitted,

*/s/ Robert L. Lee*
Robert L. Lee (GA Bar No. 443978)
Shaleen J. Patel (GA Bar No. 295554)
Carter E. Babaz  (GA Bar No. 577033)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: 404-881-7635
Facsimile: 404-881-7777
bob.lee@alston.com
shaleen.patel@alston.com
carter.babaz@alston.com

*Counsel for Defendant Chick-fil-A, Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2024, I caused the forgoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                          */s/ Robert L. Lee*
                                          Robert L. Lee