# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHICK-FIL-A, INC.<br><br>    Defendant. | Civil Action No. 2:24-CV-00185-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR A 21-DAY STAY OF ALL PENDING DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Analytical Technologies, LLC respectfully notifies the Court that Plaintiff and Defendant Chick-Fil-A, Inc. have reached a settlement in principle. The Parties, however, require additional time to finalize the agreement and corresponding settlement documents.

The Parties, therefore, respectfully request that the Court stay all pending motions, actions and deadlines for twenty-one (21) days, up to and including September 27, 2024, while the Parties work to finalize their resolution of this lawsuit, including the submission of a Motion to Dismiss. The requested stay is not for delay, but to allow for continued efforts toward an orderly resolution of this lawsuit. Plaintiff has conferred with counsel for Defendant Chick-Fil-A, Inc. and Defendant does not oppose the present motion.

Dated: September 6, 2024          Respectfully submitted,

                                  /s/ *Randall Garteiser*
                                  Randall Garteiser
                                    Texas Bar No. 24038912
                                    rgarteiser@ghiplaw.com

                                  **GARTEISER HONEA, PLLC**
                                  119 W. Ferguson Street

Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Randall Garteiser*
Randall Garteiser

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Texas Local Rule CV-7(i), counsel has complied with the meet and confer requirement in Local Rule CV-7(h). The Parties are in agreement with this unopposed stay.

*/s/ Randall Garteiser*
Randall Garteiser

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHICK-FIL-A, INC. <br><br> Defendant. | Civil Action No. 2:24-CV-00185-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR A 21-DAY STAY OF ALL PENDING DEADLINES AND NOTICE OF SETTLEMENT

The Court, having considered the Unopposed Motion to Stay all Pending Motions, Actions and Deadlines and Notice of Settlement ("Motion"),

GRANTS the Motion.

Accordingly, it is hereby ORDERED that all pending motions, actions and deadlines are stayed for twenty-one (21) days, up to and including September 27, 2024.

IT IS SO ORDERED.