**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHICK-FIL-A, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-00185-JRG-RSP<br>(Lead Case) |
| ANALYTICAL TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DELIVERY.COM, LLC,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00306-JRG-RSP<br>(Member Case) |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Analytical Technologies, LLC ("Plaintiff") and Chick-Fil-A, Inc. ("Defendant"). (Dkt. No. 29.) In the Stipulation, the parties represent that the above-captioned lead case No. 2:24-00306 has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned lead case No. 2:24-00306 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned lead case 2:24-00306.

**So Ordered this**

**Oct 8, 2024**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE